# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

December 26, 2018

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First
Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210



Re: Michael Gould, et al.
v. Mark Morgan, et al.
Application No. 18A660
(Your No. 17-2202)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Breyer, who on December 26, 2018, extended the time to and including April 1, 2019.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by
Michael Duggan
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. David H. Thompson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CAP DISTRICT
MD 207
27 DEC '18
PM 2 L

NEOPOST
12/2?/2?1?
US POSTAGE $000.47⁰

FIRST-CLASS MAIL
US OFFICIAL MAIL
$ 300 Penalty
For Private Use
ZIP 20543
041M11120021

USMS SCREENED

02210-302599